460 A.2d 852

Commonwealth v. Thomas, Appellant.

Before BROSKY, McEWEN and WATKINS, JJ.

Order affirmed.